IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                                          3:96cr65/LAC

MARCUS TALLEY

_____/

## ORDER

Pending before the Court is Defendant's renewed motion to dismiss the indictment. Upon full consideration of the motion and all matters related to the custody of Defendant, the Court hereby requires that Defendant undergo further psychiatric or psychological evaluation to further assist the Court.

Accordingly, a psychological examination of the Defendant is to be conducted by licensed psychologist James D. Larson, Ph.D., at the soonest time practicable, who shall then file a psychological report with the Court in accordance with Title 18, United States Code, Section 4247, with copies provided to the counsel for the person examined and to the attorney for the Government.

The report shall include the examiner's opinion as to:

1. Whether the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him, to assist properly in his defense, or to knowingly enter a plea of guilty;

2. If so, whether there is a substantial possibility that the Defendant's mental condition will improve within a reasonable period of time such that he will be able to understand the nature and consequences of the proceedings against him; and

3. Whether the Defendant, if released or conditionally released, would pose a substantial risk of bodily injury to another person or serious damage to property of another.

The report shall also include:

(a)  the person's history and present symptoms;

(b)  a description of the psychiatric, psychological, and medical tests that were employed and the results;

(c)  the examiner's findings;

(d)  the examiner's opinion as to diagnosis and prognosis;

**ORDERED** on this 22nd day of August, 2006.

s/ *L.A. Collier*
Lacey A. Collier
Senior United States District Judge
